DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BOUTY, ANDREE

Debtor(s)

Chapter 13
Case No. 08-56001 MM

FIRST AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: JANUARY 23, 2009
Pre-Hearing Conference Time: 10:00 AM
Place: The Quadrangle #214
   1000 S. Main Street,
   Salinas, CA 93901
Judge: Marilyn Morgan

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The debtor has claimed Arizona Exemptions; however, the Statement of Financial Affairs does not indicate a prior address for the debtor. The Trustee requests clarification.

2. Pursuant to the debtor's testimony at the 341 Meeting, the debtor has had two prior addresses that have been omitted from the Statement of Financial Affairs. An Amended

| | |
|---|---|
| 1 | Statement of Financial Affairs must be filed. |
| 2 | |
| 3 | |
| 4 | Dated: December 1, 2008 /S/ Devin Derham-Burk |
| 5 | Chapter 13 Trustee |

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am a citizen of the United States, over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on December 1, 2008.

Said envelopes were addressed as follows:

| ANDREE BOUTY | JAMES LAUDERDALE, ESQ |
| 150 CASENTINI ST #A | 150 CARMELITO AVE |
| SALINAS, CA 93907 | MONTEREY, CA 93940 |

/S/ Jeni Thielmann
_____
Office of Devin Derham-Burk, Trustee