

```
1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE            The following constitutes
2  P O Box 50013                          the order of the court. Signed January 21, 2009
   San Jose, CA  95150-0013
3
                                                    Marilyn Morgan
4  Telephone:  (408) 354-4413                  _____
   Facsimile:  (408) 354-5513                       Marilyn Morgan
5  Trustee for Debtor(s)                        U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ANDREE BOUTY | Case Number  08-56001 MM |
| | **ORDER CONFIRMING PLAN** |
| Debtor(s) | |

The debtor(s) filed a Plan under Chapter 13 of the Bankruptcy Code on Tue Oct 21, 2008, a copy of which was served on creditors (and, if applicable, an Amended Plan on           ).  After hearing on notice on Jan 14, 2009, the Court finds that:

1. The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules and procedures.

THEREFORE, IT IS ORDERED THAT:

1. The debtor(s)' Plan (or Amended Plan, if applicable) filed on Oct 21, 2008 is confirmed.

2. The future income of the debtor(s) shall be submitted to the supervision and control of Devin Derham-Burk, Trustee herein, as is necessary for the execution of the Plan.

3. Any creditor whose claim is entirely disallowed by final non-appealable order, and any creditor listed in the debtor(s)' original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the debtor(s) or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and debtor(s) attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.

4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the debtor(s) shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $650.00

   no later than the last day of each month, at P O Box 50013, San Jose, California 95150-0013.

5. If the debtor(s) fail to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the debtor(s) shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

| | |
|---|---|
| 1 | 6. Except as otherwise provided in the Plan or in the Order |
| 2 | Confirming Plan, the Trustee shall make payments to creditors |
| 3 | under the Plan. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | *** END OF ORDER *** |
| 11 | Approved as to form and content. |
| 12 | Dated: Jan 20, 2009          /S/ Devin Derham-Burk |
| 13 |                              Chapter 13 Trustee |

Case Name: ANDREE BOUTY                    Case No.: 08-5-6001 MM

ANDREE BOUTY

150 CASENTINI ST #4
SALINAS CA
         93907

LAUDERDALE LAW OFFICES
150 CARMELITO AVE
MONTEREY CA
         93940